**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| R. WHITE,<br><br>Plaintiff,<br><br>v.<br><br>MICHEL REY MOORE et al.,<br><br>Defendants. | Case No. 2:21-cv-06964-MCS-MAA<br><br>**JUDGMENT** |

Pursuant to this Court's Amended Order Re: Motion for Summary Adjudication and Order Re: Second Motion for Summary Adjudication,

IT IS ADJUDGED that judgment is entered in favor of Defendants Michel Rey Moore, Beatrice Girmala, Blake H. Chen, Kelly Muniz, Rafael Ramirez, Steven Embrich, Unknown Stevens, Southard #21984, Maldanado #43223, Unknown Robles, LAPD Lt. Matthew Ensley 37229, Sgt. Orozco, Det. Nick 35768, Det. Spitz 32317, McCain 38517, Feldman 40766, Ryan DeBenedictis 42493, Choi 44001, Sgt. Jonathan DeVera 39490, Eric Michael Garcetti, Gilbert Cedillo, Paul Krekorian, Robert Blumenfield, Nithya Raman, Paul Koretz, Nury Martinez, Monica Rodriguez, Marqueece Harris-Dawson, Mark Ridley-Thomas, Michael Joseph Bonin, John Lee, Mitch O'Farrell, Kevin De Leon, Joseph Buscaino, William J. Briggs, II, Eileen Maura

Decker, Dale Evan Bonner, Maria Lou Calanche, Steven Lloyd Soboroff, Bernard C. Parks, William Joseph Bratton, Charles Lloyd Beck, Richard Joseph Riordan, and James Kenneth Hahn and against Plaintiff R. White on the first through sixth and eighth through tenth claims in Plaintiff's Second Amended Complaint. The case is dismissed. Plaintiff shall take nothing from this action, and Defendants are entitled to their costs of suit.

**IT IS SO ORDERED.**

Dated: June 13, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE